MILDRED ANN GATTI, ETC., PLAINTIFF–RESPONDENT,
v. UNION COUNTY COLLEGE, DEFENDANT–
PETITIONER.

May 13, 2002.

Petition for certification is granted and, in the light of *O'Connell v. Montclair State University,* 171 *N.J.* 484, 795 *A.*2d 857 (2002), the judgment of the Appellate Division is summarily reversed in part and affirmed in part, and the matter is remanded to the trial court for the entry of judgment on behalf of defendant petitioners.

798 A.2d 1266

AIMEE GOETTING, PLAINTIFF–RESPONDENT, v. MORRIS
COUNTY COLLEGE, DEFENDANT–PETITIONER.

May 13, 2002.

Petition for certification is granted and, in the light of *O'Connell v. Montclair State University,* 171 *N.J.* 484, 795 *A.*2d 857 (2002), the judgment of the Appellate Division is summarily reversed, and the matter is remanded to the trial court for the entry of judgment on behalf of defendant.